IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSE P. MANCILLA, SR. and
HORTENCIA H. MANCILLA                               PLAINTIFFS

  vs.    CASE No. 05-CV-2097

MIKI MOLNAR, PAUL SMITH, WES
HEARON, and JOHN ASHCROFT and
his successor as the Attorney
General, Alberto R. Gonzales                        DEFENDANTS

## **ORDER**

  Now on this 22nd day of November, 2005, there comes on for consideration the Plaintiffs' Motion to File Plaintiffs' Answer to Defendants' Motion to Dismiss under Seal (#8). The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED.

  IT IS SO ORDERED.

           /S/ *Robert T. Dawson*
            Robert T. Dawson
            United States District Judge