IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSE P. MANCILLA, SR.
HORTENCIA H. MANCILLA                                         PLAINTIFFS

VS.                          CASE NO. 05-2097

MIKI MOLNAR, a DEA Task Force Officer
PAUL SMITH, a DEA Task Force Officer
WES HEARON, a DEA Task Force Officer
JOHN ASHCROFT and his successor as the
Attorney General, ALBERTO R. GONZALES                          DEFENDANTS

## ORDER

Now on this 12th day of December, 2005, there comes on for consideration, Plaintiffs' Motion for Leave to Amend Complaint Under Seal (Doc. 13) and Defendants' Motion to Dismiss (Doc. 4). The Court, being well and sufficiently advised in the premises, finds that Plaintiffs' motion should be and hereby is GRANTED. Plaintiffs are directed to file their Amended Complaint, and the U.S. District Court Clerk is directed to file the complaint under seal. Accordingly, Defendants' motion to dismiss the original complaint is DENIED AS MOOT, and Defendants shall have twenty days to file any response they wish to file to the Amended Complaint.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge