```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION


JOSE P. MANCILLA, SR.
and HORTENCIA H. MANCILLA                           PLAINTIFFS

v.                      05-CV-2097

MIKI MOLNAR, a DEA Task Force Officer;
PAUL SMITH, a DEA Task Force Officer;
and WES HEARON, a DEA Task Force Officer            DEFENDANTS
```

## ORDER

For the reasons set forth in an order filed herewith, Defendants' motion to dismiss (Doc. 19) is GRANTED, and Plaintiff's amended complaint (Doc. 15) is DISMISSED WITH PREJUDICE. All parties are to bear their own costs.

**The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 2nd day of June, 2006.

```
                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge
```