```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

```
JOSE P. MANCILLA, SR.
and HORTENCIA H. MANCILLA                              PLAINTIFFS

v.                           05-CV-2097

MIKI MOLNAR, a DEA Task Force Officer;
PAUL SMITH, a DEA Task Force Officer;
and WES HEARON, a DEA Task Force Officer               DEFENDANTS
```

## AMENDED ORDER

For the reasons set forth in an order filed herewith, Defendants' motion to dismiss (Doc. 19) is GRANTED, and Plaintiff's amended complaint (Doc. 15) is DISMISSED WITH PREJUDICE. All parties are to bear their own costs.

**The parties have sixty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 6th day of June, 2006.

```
                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge
```